UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON THOMPSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-0129** |
| **N. BURL CAIN** | **SECTION "S"(2)** |

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Jason Thompson's request to dismiss the unexhausted claim of ineffective assistance of counsel based on counsel's failure to call his mother as a witness at trial is **GRANTED** and the claim is **DISMISSED** for failure to exhaust.

**IT IS FURTHER ORDERED** that the petition of Jason Thompson for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this ___9th___ day of _____November_____, 2010.

_____
UNITED STATES DISTRICT JUDGE